IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**LARRY TINKER,**                                                No. 07-30180-DRH

**Defendant.**

## ORDER

**HERNDON, Chief Judge:**

       Before the Court is a motion to continue trial submitted by Defendant Tinker (Doc. 57). The Court finds that the trial should be postponed because Defendant is scheduled to make a proffer on October 3, 2008. To force the Defendant to trial prior to having an opportunity to explore the possibility of resolving the case with a plea would be a manifest miscarriage of justice. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and Defendant Tinker in a speedy trial. Therefore, the Court **GRANTS** Defendant Tinker's motion to continue trial (Doc. 57) and **CONTINUES** the jury trial scheduled for October 6, 2008 until **December 8, 2008 at 9:00am**. The time from the date Defendant Tinker's motion was filed, September 18, 2008 until the date on which the trial is rescheduled,

1

December 8, 2008, is excludable time for the purposes of a speedy trial.

**IT IS SO ORDERED.**

Signed this 2nd day of September, 2008.

/s/     David R Herndon

**Chief Judge
United States District Court**